**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00908-BNB

GLORIA HUIZAR,

    Plaintiff,

v.

RUBEN ESTRADA, and
LEPRINO FOODS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion for leave to amend complaint, filed through counsel on July 9, 2009, is GRANTED.

Dated:  July 13, 2009