IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00908-BNB

GLORIA HUIZAR,

    Plaintiff,

v.

RUBEN ESTRADA, and
LEPRINO FOODS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2009

GREGORY C. LANGHAM
                    CLERK

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 14th day of July, 2009.

                                      BY THE COURT:

                                      *s/Craig B. Shaffer*
                                      Craig B. Shaffer
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00908-BNB

Leonard Anthony Martinez
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/14/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk