# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-00908-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** January 3, 2011 | **Courtroom Deputy:** Linda Kahoe |

GLORIA HUIZAR,                                                Timothy D. Edstrom

      Plaintiff,

      v.

LEPRINO FOODS,                                                William C. Brittan

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING/FINAL PRETRIAL CONFERENCE**
**Court in session:      1:35 p.m.**
Court calls case.  Appearances of counsel.  *Also present is Plaintiff Ms. Huizar, an interpreter for Plaintiff, and Ms. Karen McTavish, client representative for Defendant.*

Discussion regarding the Proposed Final Pretrial Order.  The court makes modifications.

Discussion regarding the Order to Show Cause, doc #[94].

**ORDERED:**  The Order to Show Cause, doc #[94] is **DISCHARGED.**

Discussion regarding Motion for Finding of Civil Contempt Against Plaintiff, doc #[92], filed 11/19/2010.

**ORDERED:**  A ruling on the Motion for Finding of Civil Contempt Against Plaintiff, doc #[92] remains outstanding.  Counsel for Plaintiff shall file a further Response that includes a factual showing that sustains Plaintiff's financial burden by **5:00 p.m. on Friday, JANUARY 7, 2011**.  Defendant may file a Reply no later than Friday, **JANUARY 14, 2011.**

HEARING CONCLUDED.
**Court in recess**:       2:44 p.m.
Total time in court:    01:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.