**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   September 19, 2011
E.C.R./Reporter:    Tracy Weir

---

Civil Action No: **09-cv-00908-WYD-CBS**          <u>Counsel:</u>

**GLORIA HUIZAR**,                                 Timothy D. Edstrom

          Plaintiff,

v.

**LEPRINO FOODS**,                                 William C. Brittan

          Defendant.

---

## COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**11:10 a.m.**    Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

11:10 a.m.    Discussion regarding settlement discussions and contacting Magistrate Judge
          Shaffer to schedule a settlement conference if necessary.

11:12 a.m.    Discussion regarding jury instructions and estimated length of trial being 4-5
          days.

**ORDERED:**    Parties shall submit a joint statement of the case jury instruction not later than
          **Monday, September 26, 2011.**

11:15 a.m.    Court outlines procedure for jury selection, challenges for cause, and peremptory
          challenges.

Defendant's Motion in Limine to Bar Testimony (ECF Doc. #121), filed August 19, 2011, is raised for argument.

11:20 a.m.    Argument by Plaintiff (Mr. Edstrom).

11:21 a.m.    Argument by Defendant (Mr. Brittan).

**ORDERED:**    Defendant's Motion in Limine to Bar Testimony (ECF Doc. #121), filed August 19, 2011, is **DEFERRED.**

11:23 a.m.    Discussion regarding the use of an interpreter for plaintiff, the use of depositions, and admissions.

**ORDERED:**    Parties shall file stipulations not later than **Monday, September 26, 2011.**

11:36 a.m.    Discussion regarding exhibit and witness lists.

**ORDERED:**    Any revised exhibit lists and witness lists shall be filed not later than **Wednesday, September 28, 2011.**

11:45 a.m.    Discussion regarding objection by Defendant to testimony to be elicited from Ms. Huizar at trial.

**ORDERED:**    Parties shall file simultaneous briefing on the admissibility of statements not later than **Tuesday, September 27, 2011.**

11:56 a.m.    Discussion regarding jury questions and the use of Jury Evidence Recording System (JERS).

11:58 a.m.    Discussion regarding time limits for opening statements.

**ORDERED:**    Opening statement shall not exceed **twenty-five (25) minutes per side.**

**11:58 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :48**