**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 3, 2011 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **09-cv-00908-WYD-CBS**          Counsel:

**GLORIA HUIZAR**,                                             Timothy D. Edstrom

          Plaintiff,

v.

**LEPRINO FOODS**,                                           William C. Brittan

          Defendant.

## COURTROOM MINUTES

**JURY TRIAL (DAY 1)**

**9:11 a.m.**   Court in Session - Jury not present

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

9:11 a.m.   Discussion regarding interpreter and issues related to post-termination phone calls from Ruben Estrada.

**ORDERED:**   No reference shall be made in the evidence related to incidents which occurred after Ms. Huizar was terminated by Leprino Foods.

**ORDERED:**   Defendant's Motion in Limine to Bar Testimony (ECF Doc. #121), filed August 19, 2011, is **DENIED AS MOOT.**

9:38 a.m.   Discussion regarding objection to Plaintiff's exhibit 6.

| | |
|---|---|
| **9:40 a.m.** | Court in Recess |
| **10:01 a.m.** | Court in Session - Jury present |
| | Court's opening remarks to prospective jurors. |
| 10:02 a.m. | Voir dire oath given. |
| 10:12 a.m. | Voir dire by Court commences. |
| **11:43 a.m.** | Court in Recess |
| **12:02 p.m.** | Court in Session - Jury present |
| | Voir dire by Court continues. |
| 12:32 p.m. | Voir dire by Plaintiff (Mr. Edstrom). |
| 12:47 p.m. | Voir dire by Defendant (Mr. Brittan). |
| | Plaintiff's oral challenge for cause as to jurors 100228597 and 100203790. |
| 12:52 p.m. | Voir dire by Court continues. |
| **ORDERED:** | Plaintiff's oral challenge for cause as to jurors 100228597 and 100203709 is **GRANTED.** |
| 12:57 p.m. | Voir dire by Court continues. |
| 1:10 p.m. | Voir dire by Plaintiff (Mr. Edstrom). |
| 1:11 p.m. | Voir dire by Defendant (Mr. Brittan). |

Challenges for Cause:

 1)     100228597
 2)     100203790
 3)     100216239

Peremptory Challenges by Plaintiff:

 1)     100231695
 2)     100230991
 3)     100236765

Peremptory Challenges by Defendant:

1) 100212692
2) 100208576
3) 100219809

1:16 p.m.      Jury sworn to try:

1) 100210351   2) 100213470
3) 100201314   4) 100234032
5) 100214892   6) 100228307
7) 100230196   8) 100233080
9) 100203952   10) 100226222

1:17 p.m.      Court reads preliminary jury instructions.

**1:18 p.m.**  Court in Recess

**2:41 p.m.**  Court in Session - Jury enters

Court reads additional preliminary jury instructions.

2:54 p.m.      Opening statement by Plaintiff (Mr. Edstrom).

3:02 p.m.      Opening statement by Defendant (Mr. Brittan).

3:15 p.m.      Interpreter **Tony Rosado** sworn (Spanish).

3:16 p.m.      Plaintiff's witness **Gloria Huizar Santoyo** sworn.

Direct examination by Plaintiff (Mr. Edstrom).

3:19 p.m.      Bench conference regarding Stipulations Pertinent to Trial (ECF Doc. #133).

3:21 p.m.      Court reads Stipulations Pertinent to Trial (ECF Doc. #133).

3:22 p.m.      Direct examination by Plaintiff continues (Mr. Edstrom).
               *EX ID:        3, 4*

**Exhibit(s) 3, 4 RECEIVED.**

**4:23 p.m.**  Court in Recess

| | |
|---|---|
| **4:38 p.m.** | Court in Session - Jury enters |
| | Plaintiff's witness **Gloria Huizar Santoyo** resumes. |
| | Direct examination by Plaintiff continues (Mr. Edstrom).<br>*EX ID:        5* |

**Exhibit(s) 5 RECEIVED.**

| | |
|---|---|
| 4:47 p.m. | Jury excused for the evening. |
| | Discussion and argument regarding objection by Defendant - **OVERRULED.** |
| 4:57 p.m. | Discussion regarding schedule for tomorrow. |
| **4:58 p.m.** | Court in Recess - TRIAL CONTINUED |

**TOTAL TIME:   5:29**